868

## DOLPHIN v. STARR, Postmaster.
### No. 10135.

Circuit Court of Appeals, Ninth Circuit.

Sept. 16, 1942.

## POWER v. SQUIER, Warden.
### No. 10150.

Circuit Court of Appeals, Ninth Circuit.

Sept. 21, 1942.

Edgar S. Hadley, of Seattle, Wash., for appellant.

J. Charles Dennis, U. S. Atty., and Gerald Shucklin, and Tom A. Durham, Asst. U. S. Attys., all of Seattle, Wash., for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

The sole question presented to this court in this case, namely, whether the Postmaster General of the United States is an indispensable party to a suit of this nature, has been heretofore decided by this court, and the question is no longer open to dispute. We held, in Neher v. Harwood, Postmaster, etc., 9 Cir., 128 F.2d 846, 852, that the Postmaster General was an indispensable party in an action to enjoin a postmaster from carrying into effect a "fraud" order issued by the Postmaster General under 39 U.S. C.A. § 259.

Accordingly, the order of the court below is affirmed.